# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
Cornelio LONBERRA-Lopez

**CRIMINAL COMPLAINT**

FILED
2006 NOV 22 A 11: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CASE NUMBER: 06 70768 RS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than October 3, 2006, in Santa Clara County in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security,

in violation of Title __8__ United States Code, Section(s) __1326 (a)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 22, 2006          at San Jose, California
Date                                       City and State

RICHARD SEEBORG
United States Magistrate Judge
_____
Name & Title of Judicial Officer
Signature of Judicial Officer

RE: Cornelio LONBERRA-Lopez                                           A28 771 560

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been employed by that agency and its predecessor, the Immigration and Naturalization Service, since May 15, 1989. I am currently assigned to investigations which target criminal alien registered sex offenders, illegally present within the United States who have been convicted of crimes involving: violent sexual assault, domestic violence and child sexual abuse, all within the jurisdiction of the San Jose, California ASAC-office. In such capacity I have identified the above named individual as an alien who has suffered some of these types of criminal offences within the State of California. In addition I have reviewed the official immigration file relating to the above named individual and attest to the following:

(1)   Cornelio LONBERRA-Lopez is a fifty-two (52) year-old male who has used fourteen (14) aliases and five (5) dates of birth in the past.

(2)   Mr. Cornelio LONBERRA-Lopez has been assigned one Alien Registration number of A28 771 560, an FBI number of 519110X5, a California Criminal Information Index number of A07171517 and a California Department of Corrections number of P84708.

(3)   Mr. Cornelio LONBERRA-Lopez is a native of Mexico and a citizen of Mexico. Mr. Cornelio LONBERRA-Lopez confirmed his foreign nationality, prior deportations and failure to gain permission to reenter the United States in a singed Removal Order requesting his uncontested removal to Mexico on July 25, 2002, at Imperial, California, and made before Immigration Agent, J. Horton. A check through immigration records shows that he was last arrested and removed from the United States on July 31, 2002, at Calexico, CA.

(4)   Mr. Cornelio LONBERRA-Lopez last entered the United States on an unknown date on or after July 31, 2002, by crossing the international border without inspection or permission from the United States, Attorney General or Secretary of Homeland Security subsequent to the above mentioned removal from the United States.

(5)   Mr. Cornelio LONBERRA-Lopez, beginning at a time unknown but no later than October 6, 2006, and continuing to the present time was found in the United States, and the State and Northern District of California. On that date Mr. Cornelio LONBERRA-Lopez, pursuant to his identification within a California Department of Motor Vehicles, drivers license/ID card application dated August 23, 2005, was identified as residing at 1138 Karl Street, San Jose, CA. On October 6, 2006 this Agent compared a copy of the DMV photo taken on August 23, 2005 during the application's processing and compared it against known photos of Cornelio LONBERRA-Lopez existing within his Immigration file folder. This comparison concluded that all the photos were of the same individual.

RE:  Cornelio LONBERRA-Lopez                                                        A28 771 560

(6)   Mr. Cornelio LONBERRA-Lopez (aka, Cornelio Lopez Lopez) was on January 5, 1982, convicted in the Superior Court of California, County of Santa Clara, for the offence of Possession of Dangerous Weapon, a violation of Section 12020(A) of the California Penal Code.

(7)   Mr. Cornelio LONBERRA-Lopez (aka, Cornelio Lopez Linbera) was on May 29, 1984, convicted in the Superior Court of California, County of Santa Clara, for the offence of Theft, a violation of Sections 484/488 of the California Penal Code.

(8)   Mr. Mr. Cornelio LONBERRA-Lopez (aka, Cornelio Lopez Lopez) was on April 20, 1988, convicted in the Superior Court of California, County of Santa Clara, for the offence of Battery, a violation of Section 242 of the California Penal Code.

(9)   Mr. Cornelio LONBERRA-Lopez (aka, Cornelio Lopez) was on July 14, 1987, convicted in the Superior Court of California, County of Santa Clara, for the offence of Assault With Deadly Weapon, a violation of Section 245(A)(1) of the California Penal Code.

(10)  Mr. Cornelio LONBERRA-Lopez (aka, Celso Munoz Robles) was on December 14, 1992, convicted in the Superior Court of California, County of Santa Clara, for the offence of Possession Of Controlled Substance, a violation of Section 11350(A) of the California Health and Safety Code.

(11)  Mr. Cornelio LONBERRA-Lopez (aka, Celso Munoz Robles) was on June 2, 2000, convicted in the Superior Court of California, County of Santa Clara, for the offence of Sexual Battery: juvenile victim, a violation of Section 243.4(A) of the California Penal Code and sentenced to four (4) years prison.  This offense is defined as an "aggravated felony" under Title 8 United States Code, Section 1101(a)(43)(A).

(12)  The official Immigration file relating to Cornelio LONBERRA-Lopez contains two (2) executed Warrants of Deportation/Removal.  He was arrested and removed from the United States to Mexico on the following dates:

| DATE | PLACE OF DEPORTATION |
|---|---|
| July 17, 1987 | Calexico, CA |
| July 31, 2002 | Calexico, CA |

(13)  There is no record within the official Immigration file of Mr. Cornelio LONBERRA-Lopez that he ever applied to the Attorney General or the Secretary of Homeland Security for permission to re-enter the United States.

RE: Cornelio LONBERRA-Lopez            A28 771 560

(12)    Mr. Cornelio LONBERRA-Lopez is currently at large and, through investigative efforts, is believed to residing at 1138 Karl Street, San Jose, CA.

(13)    On the basis of the above information, there is probable cause to believe that Cornelio LONBERRA-Lopez is in the United States in violation of Title 8 United States Code Section 1326(a).

Thomas F. Orecchia
Special Agent, USICE

Subscribed and sworn to before me this _____22nd_____ day of November 2006.

RICHARD SEEBORG
United States Magistrate Judge